IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH E. CORBETT,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>   Defendant.<br>_____/ | No. C 04-3671 MEJ<br><br>ORDER FOR PARTIES TO APPEAR BEFORE THE COURT TO MEET & CONFER. |

The Court is in receipt of defendant John Potter's ("Defendant") letter dated July 15, 2005. The letter states that counsel for Defendant has been attempting to meet and confer with plaintiff's counsel regarding certain discovery issues for over a month. To date, the Court has not received any response from plaintiff Judith Corbett. For that reason, the Court hereby ORDERS parties to meet and confer, in person, on August 4, 2005, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Ave, San Francisco, CA 94102.

  IT IS SO ORDERED.

Dated: July 21, 2005

                   _____
                   MARIA-ELENA JAMES
                   United States Magistrate Judge