MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415-593-0095
Facsimile: 415-593-0096
Email: mdryovage@igc.org

Attorney for Plaintiff Judith E. Corbett


KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
JULIE A. ARBUCKLE, CSBN 193425
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7102
Facsimile:   (415) 436-6748
Email: Julie.Arbuckle@usdoj.gov

Attorneys for Defendant John Potter, Postmaster General of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH E. CORBETT,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>    Defendant. | No.  C 04-3671 MEJ<br><br>**STIPULATION RE: EMOTIONAL DISTRESS DAMAGES;AND**<br><br>ORDER |

Plaintiff Judith E. Corbett ("Plaintiff"), and Defendant John Potter, Postmaster General of the United States ("Defendant") hereby agree and stipulate as follows:


STIPULATION RE: EMOTIONAL DISTRESS DAMAGES - CASE NO. 04-3671 MEJ

STIPULATION REGARDING ALLEGED EMOTIONAL DISTRESS DAMAGES

1. As a result of the events alleged in this case, Plaintiff does not presently suffer from any type of severe emotional distress or symptoms thereof;

2. Plaintiff alleges garden-variety emotional distress damages in this case;

3. Plaintiff plans to introduce evidence of non-expert garden-variety emotional distress as a result of the events alleged in this case, but shall be precluded from seeking or admitting evidence at trial regarding severe emotional distress.

4. Defendant shall be precluded from requesting and/or moving to compel an independent mental examination of Plaintiff or subpoenaing her medical records from her treating doctor, psychologist, therapist, and/or counselor.  Likewise, Plaintiff shall be precluded from referring to or admitting into evidence at trial any documents or other items at trial prepared or maintained by a treating doctor, psychologist, therapist, and/or counselor.

5. Neither Plaintiff nor Defendant shall offer any testimony, evidence, or records from any expert witness or treating doctor, psychologist, therapist, or counselor, on the subject of Plaintiff's alleged emotional distress; and

6. Nothing herein shall prohibit Plaintiff from seeking to recover damages for any ordinary, garden-variety, and non-severe emotional distress from Defendant, or from offering at trial her own testimony or testimony from witnesses who are not experts or treaters concerning such damages.

Respectfully submitted,

| LAW OFFICES OF MARY DRYOVAGE | KEVIN V. RYAN<br>United States Attorney |
|---|---|
| /s/<br>_____<br>Mary Dryovage<br>Attorney for Plaintiff | /s/<br>_____<br>Julie A. Arbuckle<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Dated: _____ | Dated: _____ |

IT IS SO ORDERED.

Dated: July 22, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION RE: EMOTIONAL DISTRESS DAMAGES - CASE NO. C04-3671 MEJ    2