IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH E. CORBETT,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>        Defendant.<br>_____/ | No. C 04-3671 MEJ<br><br>**ORDER RE: DEPOSITION OF AL INIGUEZ** |

      Before the Court is parties' joint letter dated September 15, 2005.  Plaintiff Judith E. Corbett ("Plaintiff") seeks to depose Al Iniguez, a high-ranking government official who is one position away from reporting directly to the Postmaster General.  Defendant John Potter ("Defendant") seeks a protective order prohibiting Plaintiff from taking the deposition of Mr. Iniguez.

      After carefully reviewing the parties' arguments and applicable case law, the Court hereby ORDERS Plaintiff to propound interrogatories to Mr. Iniguez.  If, however, the interrogatories produce information that would require Plaintiff to depose Mr. Iniguez, the Court will reconsider Plaintiff's motion.

      **IT IS SO ORDERED**.

Dated:  October 13, 2005

                                          MARIA-ELENA JAMES<br>
                                          United States Magistrate Judge