IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH E. CORBETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>　　　　Defendant. | No. C 04-3671 MEJ<br><br>**ORDER RESCHEDULING THE MOTION FOR SUMMARY JUDGEMENT HEARING TO NOVEMBER 17, 2005.** |

　　　The Court is in receipt of defendant John Potter's ("Defendant") Evidentiary Objections and Motion to Strike Plaintiff's Untimely Filed Opposition. In order to give Plaintiff the opportunity to respond the Court hereby vacates the November 10, 2005, Motion for Summary Judgement hearing and sets the hearing for **Thursday, November 17, 2005 at 10:00 a.m.** Any response should be filed with the Court by **Monday, November 14, 2005.**

　　　**IT IS SO ORDERED**.

Dated: November 11, 2005

　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge