IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH E. CORBETT,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHN POTTER, Postmaster General of the United States,<br><br>       Defendant._____/ | No. C 04-3671 MEJ<br><br>**ENTRY OF JUDGMENT**<br><br>**ORDER FOR CLERK OF COURT TO CLOSE FILE** |

On January 17, 2006, the Court granted summary judgment in favor of Defendants in the above captioned matter. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff.

The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge